JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HODGES & KELLI ELVERUM,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO: 8:20-cv-01896-JVS-JDE<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear their own fees and costs.

DATED: March 11, 2021

_____
Hon. James V. Selna
U.S. District Court Judge